UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD WYATT,<br><br>        Plaintiff,<br><br>    v.<br><br>WILSON SPORTING GOODS CO.,<br><br>        Defendant. | Case No. 15-cv-05792-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

       This matter is currently scheduled for a Case Management Conference on March 17, 2016. **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the conference is **CONTINUED** to April 21, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

       **IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file either a Joint Case Management Statement or Separate Case Management Statements containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

       **IT IS SO ORDERED.**

Dated: March 11, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge