UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERARD WYATT,

    Plaintiff,

  v.

WILSON SPORTING GOODS CO.,

    Defendant.

Case No. 15-cv-05792-MEJ

**NOTICE TO PLAINTIFF REGARDING E-FILING REGISTRATION**

As Plaintiff Gerard Wyatt is representing himself in this matter, the Court advises him that he may be allowed to e-file. In order to do so, Plaintiff must meet all the technical requirements and submit a motion for permission to e-file. Instructions and a sample motion are available here: http://cand.uscourts.gov/ECF/proseregistration. Plaintiff is advised that he may not e-file documents unless the Court grants permission to do so.

**IT IS SO ORDERED.**

Dated: March 16, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERARD WYATT,

        Plaintiff,

    v.

WILSON SPORTING GOODS CO.,

        Defendant.

Case No. 15-cv-05792-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerard Wyatt
3674 Oakwood Terrace
#304
Fremont, CA 94536

Dated: March 16, 2016

Susan Y. Soong
Clerk, United States District Court

By_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES