UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD EARL WYATT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILSON SPORTING GOODS CO.,<br><br>　　　　　Defendant. | Case No. 15-cv-05792-JSW<br><br>**ORDER SCHEDULING HEARING ON MOTION TO DISMISS; RE-SETTING BRIEFING SCHEDULE; AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Docket Nos. 19, 27 |

On March 28, 2016, Defendant filed a motion to dismiss. (Docket No. 19.) On March 31, 2016, this case was reassigned to the undersigned Judge. Defendant has not yet re-noticed its motion to dismiss for a hearing on this Court's law and motion calendar. The Court HEREBY SCHEDULES that motion for a hearing on June 10, 2016 at 9:00 a.m. in Courtroom 5 of the United States Courthouse, 1301 Clay Street, 2d Floor, Oakland, California. In addition, the Court shall modify the briefing schedule on Defendant's motion to dismiss. Plaintiff's opposition shall be due by no later than April 25, 2016, and Defendant's reply shall be due on May 2, 2016. If the Court determines the motion can be resolved without oral argument, it shall notify the parties in advance of the hearing date. On March 31, 2016, this Court scheduled the matter for a case management conference on April 29, 2016. (Docket No. 27.) In light of the pending motion to dismiss, the Court VACATES the case management conference, and it will reschedule the case management conference after it resolves the motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 13, 2016

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　United States District Judge