# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD EARL WYATT,<br><br>                    Plaintiff,<br><br>     v.<br><br>WILSON SPORTING GOODS CO.,<br><br>                    Defendant. | Case No.  15-cv-05792-JSW<br><br>**ORDER RE REFERRAL NOTICE AND INSTRUCTIONS TO CLERK**<br><br>Re: Dkt. No. 48 |

On July 13, 2016, the United States Court of Appeals for the Ninth Circuit issued a Referral Notice to this Court to determine whether Plaintiffs' in forma pauperis status should continue on appeal.  The Court concludes that the appeal is frivolous, and it REVOKES Plaintiffs' in forma pauperis status.  *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).  The Clerk shall provide a copy of this Order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____
JEFFREY S. WHITE
United States District Judge